# EXHIBIT 21

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 15, 2006

**Re: Notice of Rescission by Ronald J. Benoit of 43 Lydia Ave., Woonsocket, RI 02895; Loan Number: 0122988207; Closing Date: 06/07/2005**

To Whom It May Concern:

I represent Ronald J. Benoit concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on June 7, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Ronald J. Benoit was given incomplete and therefore, inaccurate notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Benoit's property located at 43 Lydia Ave., Woonsocket, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Ronald J. Benoit,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

cc: Ronald J. Benoit