# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

FRANK J. REGINE, LORI J. DANIS, LOUISE and ROBERT J. FERNANDES, HOLLY DUPUIS, LUANN SINGLETON, LINDA L. RITA, RONALD J. BENOIT, AND RICHARD J. and KERRY GABORIAULT

Plaintiffs,

v.

AMERIQUEST MORTGAGE COMPANY,

Defendant.

C.A. No. 06-388-T

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ameriquest Mortgage Company ("Ameriquest") hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

AMERIQUEST MORTGAGE COMPANY

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Carolyn C. Medina

Steven E. Snow (#1774)
Carolyn C. Medina (#7109)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com
cpm@psh.com

DATED: October 10, 2006

*Of counsel:*

R. Bruce Allensworth (BBO # 015820)
Irene C. Freidel (BBO # 559051)
Sarah C. Kellogg (BBO # 637530)
Eileen E. Pott (BBO # 662350)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100
epott@klng.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT was filed with the Clerk of the United States District Court for the District of Rhode Island this 10th day of October, 2006 and is available for viewing and downloading to the following ECF registered counsel of record:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Carolyn C. Medina

879810_1/7511-34