# EXHIBIT A

FROM THE OFFICE OF THE

FAMILY AND CONSUMER LAW CENTER

[illegible]

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

[illegible]

August 24, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: **Notice of Rescission by Frank J. Regine of 22 Sweet Street, Warwick, RI 02889; Loan Number: 0069062982; Closing Date 01/26/2004.**

To Whom It May Concern:

I represent Frank J. Regine concerning the mortgage loan transaction he and his wife entered into with Ameriquest Mortgage Company on January 26, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Regine was given incomplete and therefore, inaccurate notice of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Regine's property located at 22 Sweet Street, Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Frank J. Regine,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Frank J. Regine