# EXHIBIT C

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
[illegible]
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
[illegible]

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

August 28, 2006

**Re: Notice of Rescission by Louise T. Fernandes and Robert J. Fernandes of 22-24 Wakefield St., West Warwick, RI 02893; Loan Number: 0080678360; Closing Date: 05/24/2004**

To Whom It May Concern:

I represent Louise T. Fernandes and Robert J. Fernandes concerning the mortgage loan transaction they entered into with Ameriquest Mortgage Company on May 24, 2004. Please be advised that I have been authorized by my clients to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. and Mrs. Fernandes were given incomplete and therefore, inaccurate notice of their right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Fernandes' property located at 22-24 Wakefield St., West Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my clients all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Louise T. Fernandes**
**Robert J. Fernandes,**
**By their Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Louise T. Fernandes and Robert J. Fernandes