# EXHIBIT E

FAMILY AND CONSUMER LAW CENTER

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

August 24, 2006

Ameriquest Mortgage Company
1100 Town and Country Road
Suite 1200
Orange, CA 92868

Re: **Notice of Rescission by LuAnn Singleton of 28 Buckley Ave., West Warwick, RI 02893; Loan Number: 0121908305; Closing Date 5/28/2005**

To Whom It May Concern:

I represent LuAnn Singleton concerning the mortgage loan transaction she and her husband entered into with Ameriquest Mortgage Company on May 28, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth in Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mrs. Singleton was given incomplete and therefore, inaccurate notice of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Singleton's property located at 28 Buckley Ave., West Warwick, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very truly yours,
LuAnn Singleton,
By her Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: LuAnn Singleton