# EXHIBIT F

FROM THE OFFICE OF THE

FAMILY AND CONSUMER LAW CENTER

[illegible]

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

ATTORNEYS & COUNSELLORS AT LAW

August 1, 2006

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

**Re: Notice of Rescission by Linda L. Rita of 30 Vista Dr., East Providence, RI 02916, Loan Number: 0110586047, Closing Date: 02/15/2005**

To Whom It May Concern:

I represent Linda L. Rita concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Company on February 15, 2005. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Linda L. Rita was given incomplete and therefore, inaccurate notice of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Company on the Rita's property located at 30 Vista Dr., East Providence, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Linda L. Rita,**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

CERTIFIED MAIL-RETURN
RECEIPT REQUESTED

cc: Linda L. Rita