**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**FRANK J. REGINE, LORI J. DANIS,LOUISE AND ROBERT J. FERNANDES, HOLLY DUPUIS, LUANN SINGLETON, LINDA L. RITA, RONALD J. BENOIT and RICHARD J. AND KERRY L. GABORIAULT**
**Plaintifs,** : **C.A. 06-00388**
:
**VS.** :
:
**AMERIQUEST MORTGAGE COMPANY** :
**Defendant** :

**PLAINTIFFS' ANSWER TO THE DEFENDANT'S AMERIQUEST MORTGAGE COMPANY COUNTERCLAIM**

Plaintiffs Frank J. Regime, Lori J. Danis, Louise and Robert J. Fernandes, Holly Dupuis, Luann Singleton, Linda L. Rita, Ronald J. Benoit and, Richard J. And Kerry L. Gaboriault ("Plaintiffs") by and through their attorney, Christopher M. Lefebvre, hereby answer the Counterclaim filed by the Defendant Ameriquest Mortgage Company ("Defendant"), and state:

1. Plaintiffs admit the allegations set forth in paragraphs 1, 2, 3, 4, 7, 8, 9, 12, 13, 14, 17, 18, 19, 22, 23, 24, 27, 28, 29, 32, 33, 34, 37, 38, 39, 43 and 44 of the Defendant's Counterclaim.

2. Plaintiffs deny the allegations set forth in paragraphs 5, 6, 10, 11, 15, 16, 20, 21, 25, 26, 30, 31, 35, 36 40, 41 and 45 of the Defendant's Counterclaim.

3. The remainder of the Defendant's Counterclaim is a prayer for relief to which the Plaintiffs are not required to respond. To the extent that a further response may be required,

Plaintiffs pray that the Defendant's Counterclaim requesting a declaratory relief be dismissed with prejudice and that the Court enter a judgment in favor on all counts of the Complaint, that Plaintiffs be awarded their cost and expenses including attorney's fees, and for such other relief as the Court deems proper.

WHEREFORE, Plaintiffs pray that the Court dismiss the Defendant's Ameriquest Mortgage Company Counterclaim requesting a declaratory relief.

Respectfully submitted,

/s/Christopher M. Lefebvre
Claude Lefebvre Christopher Lefebvre PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)
BBO# 4019
Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on October 20th, 2006, I electronically filed the Plaintiffs' Answer to the Defendant's Ameriquest Mortgage Company Counterclaim with the District Court of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Steven E. Snow at ses@phs.com at Partridge Snow & Hahn LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, a copy of this document to non CM/ECF participants: none.

/s/Christopher M. Lefebvre