CA06-388 T

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

December 21, 2006

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-11)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 5, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Jerusha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Marvin E. Aspen
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC - 5 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-11)***

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 109 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 21 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| INDIANA NORTHERN | | | |
| INN | 2 | 06-352 | Brenda J. Dumas, et al. v. Ameriquest Mortgage Co., et al. |
| MASSACHUSETTS | | | |
| MA | 1 | 06-11772 | Michael D. Correia, et al. v. Ameriquest Mortgage Co. |
| MA | 1 | 06-11776 | Andrea J. Macswain v. Ameriquest Mortgage Co. |
| MA | 1 | 06-11777 | Constance F. Whittall v. Ameriquest Mortgage Co. |
| MA | 1 | 06-11778 | Edward V. Giuditta v. Ameriquest Mortgage Co. |
| MA | 3 | 06-30174 | Gayle M. Anderholm v. Ameriquest Mortgage Co. |
| MA | 3 | 06-30175 | Andrew Szurley v. Ameriquest Mortgage Co. |
| MARYLAND | | | |
| MD | 1 | 06-2810 | Barbara Ann Becker v. JM Closing Services, Inc., et al. |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 06-14427 | Kimberly Sorah v. Deutsche Bank National Trust Co., et al. |
| MICHIGAN WESTERN | | | |
| MIW | 1 | 06-722 | Christopher King, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-156 | Thomas E. Campau, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-157 | Renza Heard, et al. v. Argent Mortgage Co., LLC, et al. |
| MIW | 5 | 06-158 | Patrick E. Lewis, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-163 | Douglas S. Conner, et al. v. Argent Mortgage Co., LLC, et al. |
| MIW | 5 | 06-165 | Nancy D. Hayden, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-166 | Brett M. Burris, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-170 | Christena Blain, et al. v. Argent Mortgage Co., LLC, et al. |
| MIW | 5 | 06-172 | Andrew Johnson, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-173 | Michael Igaz, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-174 | Yvette Williams, et al. v. Ameriquest Mortgage Co., et al. |
| MIW | 5 | 06-175 | Joel K. Orrison, et al. v. Argent Mortgage Co., LLC, et al. |
| NEW YORK EASTERN | | | |
| NYE | 1 | 06-5540 | Junior Terrance Black, et al. v. Ameriquest Mortgage Co. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 06-8130 | Penelope Brissett, et al. v. Ameriquest Mortgage Co. |
| RHODE ISLAND | | | |
| RI | 1 | 06-388 | Frank J. Regine, et al. v. Ameriquest Mortgage Co. |
| RI | 1 | 06-434 | Nancy A. Patrie v. Ameriquest Mortgage Co. |
| RI | 1 | 06-480 | Carol A. Beaudoin v. Ameriquest Mortgage Co. |

| DIST. | DIV. | BKY. ADVY.. # | CASE CAPTION |
|---|---|---|---|
| MASSACHUSETTS | | | |
| MA | 1 | 06-1401 | Isha P. Etienne v. Ameriquest Mortgage Co. |
| RHODE ISLAND | | | |
| RI | 1 | 06-1092 | Edward Simmons v. AMC Mortgage Services, Inc. |
| RI | 1 | 06-1093 | Linda Pacheco v. AMC Mortgage Services, Inc. |

# INVOLVED COUNSEL LIST (CTO-11)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

David A. Breuch
Clark Hill, PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Brian Lewis Bromberg
Brian L. Bromberg, PC
40 Exchange Place
Suite 604
New York, NY 10005

Donald Howard Chase
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Donald Howard Chase
Morrison Cohen Singer & Weinstein, LLP
750 Lexington Ave.
New York, NY 10022

Horace D. Cotton
615 Griswold
Suite 1805
Detroit, MI 48226

Daniel A. Edelman
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Charles L. Eisen
Kirkpatrick & Lockhart Nicholson Graham LLP
1601 K Street, NW
Washington, DC 20006

Irene C. Freidel
Kirkpatrick Lockhart Nicholson Graham LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Richard S. Gordon
Quinn Gordon & Wolf, Chtd.
102 West Pennsylvania Avenue
Suite 402
Townson, MD 21204

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Steven E. Snow
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

Nevett Steele, Jr.
Civil Justice, Inc.
520 West Fayette Street
Suite 410
Baltimore, MD 21201

Mark D. van der Laan
Dykema Gossett LLP
300 Ottawa Ave., NW, Ste.700
Grand Rapids, MI 49503

# INVOLVED JUDGES LIST (CTO-11)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Richard D. Bennett
U.S. District Judge
5D Edward A. Garmatz
Federal Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Avern Cohn
Senior U.S. District Judge
219 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Richard A. Enslen
Senior U.S. District Judge Fed Bldg
410 West Michigan
Kalamazoo, MI 49007

Hon. Joan N. Feeney
Chief Judge, U.S. Bankruptcy Court
United States Bankruptcy Court
Thomas P. O'Neill, Jr. Fed. Building
10 Causeway Street, 11th Floor
Boston, MA 02222-1047

Hon. Nathaniel M. Gorton
U.S. District Judge
3110 John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Edward R. Korman
Chief Judge, U.S. District Court
918 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Wendell A. Miles
Senior U.S. District Judge
236 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 48503

Hon. Robert L. Miller, Jr.
Chief Judge, U.S. District Court
325 Robert A. Grant Federal Bldg.
& U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. Kenneth P. Neiman
U.S. Magistrate Judge
512 Federal Building & U.S. Courthouse
1550 Main Street
Springfield, MA 01103

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Fed. Bldg & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Joseph L. Tauro
U.S. District Judge
7110 John Joseph
Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Ernest C. Torres
Chief Judge, U.S. District Court
219 Fed. Bldg & U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Arthur N. Votolato
Chief Judge, U.S. Bankruptcy Court
United States Bankruptcy Court
The Federal Center, 6th Floor
380 Westminster Mall
Providence, RI 02903-3246

Hon. William G. Young
U.S. District Judge
5710 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

**INVOLVED CLERKS LIST (CTO-11)**

**DOCKET NO. 1715**

**IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Felicia C. Cannon, Clerk
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Ronald C. Weston, Clerk
113 Federal Building
315 West Allegan Street
Lansing, MI 48933

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Stephen R. Ludwig, Clerk
101 Federal Building
507 State Street
Hammond, IN 46320

James M. Lynch, Clerk
United States Bankruptcy Court
1101 Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street
Boston, MA 02222-1047

Susan Thurston, Clerk
United States Bankruptcy Court
The Federal Center
380 Westminster Mall, 6th Floor
Providence, RI 02903-3246